IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

FEB 0 8 2006

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| Plaintiff, | § § § | |
| v. | § | C. A. No. H-06-0347 |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC., FOOTBALL NORTHWEST LLC | § § § § | |
| Defendants. | § | |

### CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this action.

On February 2, 2006, I served copies of the Order for Conference and Disclosure of Interested Persons containing information on the Court's Procedures on all other parties.

DATED this _____ day of February 2006.

Respectfully submitted,

_____
J. Michael Bell
Federal Admission No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 – Telephone
713-654-1871 – Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANT
FOOTBALL NORTHWEST LLC

OF COUNSEL:

Jill W. Young
State Bar No. 00797670
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 – Telephone
713-654-1871 – Facsimile

Tim J. Filer
Jeffrey S. Miller
FOSTER PEPPER PLLC
34th Floor, 1111 Third Avenue
Seattle, Washington 98101
206-447-6408

Davis Watson
PAYNE, WATSON, MILLER, MALECHEK & SCHERR, P.C.
P. O. Box 6900
Bryan, Texas 77805-6900
979-774-5257

## CERTIFICATE OF SERVICE

I certify that on this ___ day of February, 2006, a true and correct copy of the above and foregoing instrument was served on all counsel of record herein, as follows, in accordance with the *Federal Rules of Civil Procedure*:

    Sanford E. Warren, Jr.
    Mike Baggett
    R. Scott Rhoades
    Tanya D. Henderson
    Jennifer L. Murphy
    Winstead Sechrest & Minick P.C.
    5400 Renaissance Tower
    1201 Elm Street
    Dallas, TX 75270-2199

    Bill Youngkin
    P.O. Box 4806
    Bryan, TX 77805

_____
J. Michael Bell

509988 000002 HOUSTON 439729.1