IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
FEB 0 9 2006
Michael N. Milby, Clerk of Court

| | |
|---|---|
| TEXAS A&M UNIVERSITY § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | |
| SEATTLE SEAHAWKS, INC., § | Civil Action No. 4:06-CV-00347 |
| SEATTLE PROFESSIONAL § | |
| FOOTBALL, INC. and FOOTBALL § | |
| NORTHWEST, LLC § | |
| § | |
| Defendants. § | |

## STIPULATION REGARDING TEMPORARY RESTRAINING ORDER

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc, Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that the Temporary Restraining Order entered on January 30, 2006 by the 85th Judicial District Court of Brazos County, Texas in cause number 06-000231-CV-85 will be extended and remains in full force and effect through 5:00 p.m. Friday February 17, 2006. Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

STIPULATION REGARDING TEMPORARY RESTRAINING ORDER – Page 1

AGREED on this the 8th day of February, 2006:

By: _____
SANFORD E. WARREN, JR.
Texas Bar No. 20888690
W. MIKE BAGGETT
Texas State Bar No. 01511300
R. SCOTT RHOADES
Texas Bar No. 90001757
TANYA D. HENDERSON
Texas Bar No. 50511706
JENNIFER L. MURPHY
Texas Bar No. 24027560

5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199
Telephone: (214) 754-5400
Fax: (214) 745-5390

BILL YOUNGKIN
State Bar No. 22226500
Post Office Box 4806
Bryan, TX 77805
Telephone: (979) 260-7030
Fax : (979) 268-3037

**ATTORNEYS FOR PLAINTIFF**

-AND-

By: _____
J. MICHAEL BELL
State Bar No. 02079200
Thompson & Knight
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone: (713) 654-8111
Fax: (713) 654-1871

Of Counsel:

JILL W. YOUNG
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone: (713) 654-8111
Fax: (713) 654-1871


TIM J. FILER
JEFFREY S. MILLER
Foster Pepper PLLC
34th Floor, 111 Third Avenue
Seattle Washington 98101
Telephone: (206) 447-6408

DAVIS WATSON
Payne, Watson, Miller, Malechek & Scherr, P.C.
P.O. Box 6900
Bryan, Texas 77805-6900
Telephone: (979) 774-5257

**ATTORNEYS FOR DEFENDANTS**


Dallas_1\4340526\1
13260-4 2/8/2006

**STIPULATION REGARDING TEMPORARY RESTRAINING ORDER – Page 3**