IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 1 5 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT FOOTBALL NORTHWEST LLC'S DISCLOSURE
OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order, Defendant Football Northwest LLC d/b/a the Seattle Seahawks is a Washington limited liability company, of which the sole member is Football Northwest Management, Inc., a Washington corporation, which is wholly owned by Paul G. Allen. Football Northwest LLC represents and warrants that it has no parent corporation, and has no interest in or affiliation with Seattle Seahawks, Inc. or Seattle Professional Football, Inc., both of which are believed to be defunct entities associated with prior ownership and which do not have a financial interest in this litigation.

DATED this 15th day of February, 2006.

Respectfully submitted,

_____
J. MICHAEL BELL
Federal Admission No. 5574
State Bar No. 02079200
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone: (713) 654-8111
Fax: (713) 654-1871

509988 000002 HOUSTON 441219.2

Of Counsel:

JILL W. YOUNG
State Bar No. 00797670
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone: (713) 654-8111
Fax: (713) 654-1871

TIM J. FILER
JEFFREY S. MILLER
Foster Pepper PLLC
34th Floor, 1111 Third Avenue
Seattle, Washington 98101
Telephone: (206) 447-4400

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February, 2006, a true and correct copy of the above and foregoing instrument was served on all counsel of record herein, as follows, in accordance with the *Federal Rules of Civil Procedure*:

Sanford E. Warren, Jr.
Mike Baggett
R. Scott Rhoades
Tanya D. Henderson
Jennifer L. Murphy
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199

Bill Youngkin
P.O. Box 4806
Bryan, TX 77805

Davis Watson
Payne, Watson, Miller, Malechek & Scherr, P.C.
P. O. Box 6900
Bryan, Texas 77805-6900

_____
J. Michael Bell

509988 000002 HOUSTON 441219.2