

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M UNIVERSITY, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Civil Action No. 4:06-CV-00347 |
| SEATTLE SEAHAWKS, INC., SEATTLE § | |
| PROFESSIONAL FOOTBALL, INC. and § | |
| FOOTBALL NORTHWEST, LLC, § | |
| § | |
| Defendants. § | |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties, Plaintiff Texas A&M University provides the following list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities who or which are financially interested in the outcome of this case:

    Texas A&M University;
    Seattle Seahawks, Inc.;
    Seattle Professional Football, Inc.; and
    Football Northwest, LLC

1

*Mark S. Solomon*
*SDTx bar # 38675*

*Sanford E. Warren, Jr.* *By permission*
_____
SANFORD E. WARREN, JR., *attorney-in-charge*
Texas Bar No. 20888690
S.D. Texas Bar No. 24512
WINSTEAD SECHREST & MINICK P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199
Telephone: (214) 754-5400
Fax: (214) 745-5390

Of Counsel:

    W. MIKE BAGGETT
    Texas State Bar No. 01511300
    R. SCOTT RHOADES
    Texas Bar No. 90001757
    TANYA D. HENDERSON
    Texas Bar No. 50511706
    JENNIFER L. MURPHY
    Texas Bar No. 24027560
    WINSTEAD SECHREST & MINICK P.C.
    5400 Renaissance Tower
    1201 Elm Street
    Dallas, TX 75270-2199
    Telephone: (214) 754-5400
    Fax: (214) 745-5390

    BILL YOUNGKIN
    State Bar No. 22226500
    Post Office Box 4806
    Bryan, TX 77805
    Telephone: (979) 260-7030
    Fax : (979) 268-3037

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, a true and correct copy of the foregoing PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES was served upon the following attorneys of record by U.S. mail:

J. Michael Bell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Tim J. Filer
Jeffrey S. Miller
Foster Pepper PLLC
111 Third Avenue, 34th Floor
Seattle, WA 98101

Davis Watson
Payne, Watson, Miller, Malechek & Scherr, P.C.
P.O. Box 6900
Bryan, TX 77805-6900

*[Signature]*

Dallas_1\4346386\1
13260-4 2/16/2006