IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED

FEB 17 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY | § § § | |
| Plaintiff, | § § | |
| vs. | § § § | |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC | § § § § § | Civil Action No. 4:06-CV-00347 |
| Defendants. | § § | |

## STIPULATION REGARDING TEMPORARY RESTRAINING ORDER AND ANSWER

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc, Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that the Temporary Restraining Order entered on January 30, 2006 by the 85th Judicial District Court of Brazos County, Texas in cause number 06-000231-CV-85 will be extended and remains in full force and effect through 5:00 p.m. Wednesday March 1, 2006. Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

Plaintiff and Defendants further stipulate to extend the date for Defendants to answer in this case including the filing of any responsive pleading to and through March 23, 2006.

STIPULATION REGARDING TEMPORARY RESTRAINING ORDER – Page 1

AGREED on this the 16th day of February, 2006:

By: /s/ [signature]
SANFORD E. WARREN, JR.
Texas Bar No. 20888690
W. MIKE BAGGETT
Texas State Bar No. 01511300
R. SCOTT RHOADES
Texas Bar No. 90001757
TANYA D. HENDERSON
Texas Bar No. 50511706
JENNIFER L. MURPHY
Texas Bar No. 24027560

5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2199
Telephone: (214) 754-5400
Fax: (214) 745-5390

BILL YOUNGKIN
State Bar No. 22226500
Post Office Box 4806
Bryan, TX 77805
Telephone: (979) 260-7030
Fax: (979) 268-3037

**ATTORNEYS FOR PLAINTIFF**

-AND-

By: _____
    J. MICHAEL BELL
    State Bar No. 02079200
    Thompson & Knight
    333 Clay Street, Suite 3300
    Houston, Texas 77002-4499
    Telephone: (713) 654-8111
    Fax: (713) 654-1871

Of Counsel:

    JILL W. YOUNG
    333 Clay Street, Suite 3300
    Houston, Texas 77002-4499
    Telephone: (713) 654-8111
    Fax: (713) 654-1871


    TIM J. FILER
    JEFFREY S. MILLER
    Foster Pepper PLLC
    34th Floor, 111 Third Avenue
    Seattle Washington 98101
    Telephone: (206) 447-6408

    DAVIS WATSON
    Payne, Watson, Miller, Malechek & Scherr, P.C.
    P.O. Box 6900
    Bryan, Texas 77805-6900
    Telephone: (979) 774-5257

**ATTORNEYS FOR DEFENDANTS**

Dallas_1\4346235\1
13260-4 2/16/2006

**STIPULATION REGARDING TEMPORARY RESTRAINING ORDER – Page 3**