IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 0 1 2006

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION REGARDING TEMPORARY RESTRAINING ORDER**

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that the Temporary Restraining Order entered on January 30, 2006 by the 85th Judicial District Court of Brazos County, Texas in cause number 06-000231-CV-85 will be extended and remains in full force and effect through 5:00 p.m. Monday, March 13, 2006. Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 28th day of February, 2006:

509988 000002 HOUSTON 443892.1

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
    SANFORD E. WARREN, JR.
    Texas Bar No. 20888690
    R. SCOTT RHOADES
    Texas Bar No. 90001757
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
214-969-2800 – Telephone
214-969-4343 – Facsimile

BILL YOUNGKIN
State Bar No. 22226500
Post Office Box 4806
Bryan, Texas 77805
979-260-7030 – Telephone
979-268-3037 – Facsimile

ATTORNEYS FOR PLAINTIFF

-AND-

509988 000002 HOUSTON 443892.1

2

THOMPSON & KNIGHT LLP

By: _____
J. MICHAEL BELL
Federal Admission No. 5574
State Bar No. 02079200
JILL W. YOUNG
State Bar No. 00797670
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 - Telephone
713-654-1871 – Facsimile

TIM J. FILER
JEFFREY S. MILLER
Foster Pepper PLLC
34th Floor, 1111 Third Avenue
Seattle, Washington 98101
Telephone: (206) 447-4400

DAVIS WATSON
Payne, Watson, Miller, Malechek & Scherr, P.C.
P. O. Box 6900
Bryan, Texas 77805-6900

ATTORNEYS FOR DEFENDANTS

3