IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 0 2 2006

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT'S MOTION TO TRANSFER VENUE

TO THE HONORABLE EWING WERLEIN, JR., UNITED STATES DISTRICT JUDGE:

Pursuant to 28 U.S.C. § 1404(a), Defendant Football Northwest LLC d/b/a Seattle Seahawks respectfully files this Motion to Transfer Venue to the District Court for the Western District of Washington. As set forth fully in the accompanying Memorandum, transferring venue will greatly enhance the convenience of the parties and witnesses and will best serve the interests of justice.

DATED this 2nd day of March 2006.

Respectfully submitted,

_____
J. Michael Bell
Federal Admission No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 – Telephone
713-654-1871 – Facsimile

                                              ATTORNEY-IN-CHARGE FOR DEFENDANT
                                              FOOTBALL NORTHWEST LLC

OF COUNSEL:

Jill W. Young
State Bar No. 00797670
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 – Telephone
713-654-1871 – Facsimile

Tim J. Filer
Jeffrey S. Miller
FOSTER PEPPER PLLC
34th Floor, 1111 Third Avenue
Seattle, Washington 98101
206-447-6408

Davis Watson
PAYNE, WATSON, MILLER, MALECHEK & SCHERR, P.C.
P. O. Box 6900
Bryan, Texas 77805-6900
979-774-5257

509988 000002 HOUSTON 443918.1

## CERTIFICATE OF CONFERENCE

The undersigned attorney for movant, Football, Inc., conferred with Mr. Scott Rhoades, attorney for respondent, Texas A&M University, and we have not been able to agree about disposition of this motion.

J. Michael Bell

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of March, 2006, a true and correct copy of the above and foregoing instrument was served on all counsel of record herein, as follows, in accordance with the *Federal Rules of Civil Procedure*:

> Sanford E. Warren, Jr.
> R. Scott Rhoades
> Akin Gump Strauss Hauer & Feld LLP
> 1700 Pacific Avenue, Suite 4100
> Dallas, Texas 75201-4675
>
> Bill Youngkin
> P.O. Box 4806
> Bryan, TX 77805

J. Michael Bell

509988 000002 HOUSTON 443918.1