IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After considering Defendant Football Northwest, LLC, d/b/a Seattle Seahawks' Motion to Transfer Venue and the response, the Court hereby

GRANTS the Motion and transfers Plaintiff's suit to the United States District Court for the Western District of Washington.

SIGNED on the _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

509988 000002 HOUSTON 443918.1

APPROVED AND
ENTRY REQUESTED:

THOMPSON & KNIGHT LLP

By: _____
J. Michael Bell
Federal Admission No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 – Telephone
713-654-1871 – Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANT
FOOTBALL NORTHWEST LLC