Dockets.Justia.com

CAUSE NO. _____

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | OF BRAZOS COUNTY TEXAS |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC | § | |
| | § | |
| DEFENDANTS. | § | _____JUDICIAL DISTRICT |

## AFFIDAVIT OF MICHAEL B. HUDDLESTON

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF BRAZOS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Michael B. Huddleston, who is personally known to me, and after being first duly sworn according to law upon his oath, deposed and stated as follows:

"My name is Michael B. Huddleston. I am over eighteen years of age and have never been convicted of a felony or a crime involving moral turpitude. The statements made by me in this Affidavit are based upon my personal knowledge and are true and correct.

1.    "I am currently employed by Texas A&M University ("Texas A&M") and am authorized to make this Affidavit on behalf of Texas A&M. I have been employed by Texas A&M since January 1996, and my title is currently that of Executive Director and University Contract Officer, Department of Contract Administration.  My duties as Executive Director and

Contract Officer include, but are not limited to, monitoring and overseeing issues related to licensing of Texas A&M's intellectual property rights, including trademark rights.

2.    "I am one of the employees at Texas A&M charged with oversight and protection of Texas A&M's trademarks "12th MAN" and "12th MANIA!".

3.    "Texas A&M is a university with long standing traditions. One of the most time-honored is that of the "12TH MAN".

4.    "Texas A&M's story of the "12th MAN" began on January 2, 1922, and as the story goes, an underdog Aggie team was playing Centre College, then the nations' top ranked football team. As the game wore on and the Aggies dug deeply into their limited reserves, Coach Dana X. Bible remembered a member of the football squad who was not in uniform. This "12th MAN", B. King Gill ("Gill"), was in the press box during the game helping reporters identify the Texas A&M football players. Gill was called from the stands, suited up, and stood ready throughout the rest of the football game against Centre College, which Texas A&M finally won 22-14. When the game ended, Gill was the only man left standing on the sidelines for the Aggies, and Gill's gesture came to be known as the "12th MAN" since he had accepted the call to help his team and stood ready for duty in the event that the eleven Texas A&M football players needed assistance. That spirit of readiness for service and desire to support has grown vigorously throughout the years, and it evolved into the entire student body at Texas A&M being known at Texas A&M as the "12th MAN" and they stand during the entire football game to show their support. Texas A&M has also used the "12th MAN" on a variety of goods and services including towels, flags, shirts, buttons, and other assorted merchandise.

5.    "On September 4, 1990, Texas A&M University received a trademark from the United States Patent and Trademark Office for "12th MAN", Registration No. 1,612,053, for

goods and services, including bumper stickers, post cards, note cards, novelty buttons, towels, hats, t-shirts, polo-type shirts, golf shirts, sweaters, shorts, athletic uniforms, and college scholarship services. A true and correct copy of the trademark registration is attached hereto as Exhibit "A".

6.      "On January 16, 1996, Texas A&M University received a second trademark from the United States Patent and Trademark Office for "12th MAN", Registration No. 1,948,306, for goods and services, including jewelry and entertainment services, namely organizing and conducting intercollegiate sporting events. A true and correct copy of the trademark registration is attached hereto as Exhibit "B".

7.      "On September 15, 1998, Texas A&M University received a trademark from the United States Patent and Trademark Office for "12th MANIA!". Registration No. 2,189,229, for goods and services, including plastic drinking containers, glass beverage glassware, mugs, and tumblers, textiles and textile goods, namely towels and flags, clothing, namely jackets, caps, t-shirts, and shirts, and fund raising services, through direct mail solicitation, for athletics, scholarship and support. A true and correct copy of the trademark registration is attached hereto as Exhibit "C".

8.      "The Seattle Seahawks have been using the 12th MAN in advertisements, promotions on their website and on merchandise. The Seattle Seahawks have been raising the number 12 flag at their football games and on national television and on information and belief, the Seattle Seahawks have distributed 12th MAN flags during the NFC Championship Football game held on January 23, 2006 and have also distributed 12th MAN buttons during the NFC Divisional playoff game held on January 16, 2006.

9.    "Texas A&M, through counsel, sent cease and desist letters to the Seattle Seahawks beginning in 2004, and the Seattle Seahawks responded and acknowledged that Texas A&M has trademark rights in the 12[th] MAN and offered to remove the references to the 12[th] MAN off their website and from their magazines. A true and correct copy of the letter from Mark H. Zietlow, counsel for Texas A&M, to Lance A. Lopes dated December 7, 2004 is attached hereto as Exhibit "D". A true and correct copy of the letter from Lance A. Lopes to Mark H. Zietlow, counsel for Texas A&M dated December 20, 2004 is attached hereto as Exhibit "E". A true and correct copy of the letter from Mark H. Zietlow, counsel for Texas A&M, to Lance A. Lopes dated January 10, 2005 is attached hereto as Exhibit "F".

10.    "The Seattle Seahawks never pulled these references, and as late as November 7, 2005, the Seattle Seahawks sent correspondence to Texas A&M again acknowledging Texas A&M's trademark and Texas A&M's "desire to preserve its rights in its trademark" and stated that they would not use the term with the sale of any merchandise. A true and correct copy of the letter from Lance A. Lopes to Mark H. Zietlow, counsel for Texas A&M dated November 7, 2005 is attached hereto as Exhibit "G".

Michael B. Huddleston
Texas A&M University

SUBSCRIBED AND SWORN TO BEFORE ME, to which witness my hand and official seal on this 30+ᵗʰ day of January 2006.



Notary Public for the State of Texas
My Commission Expires: 8-19-2009

**AFFIDAVIT OF MICHAEL B. HUDDLESTON**                                    **PAGE 4**

*A*

Int. Cls.: 16, 20, 24, 25 and 36

Prior U.S. Cls.: 37, 38, 39, 42, 50 and 102

## United States Patent and Trademark Office

Reg. No. 1,612,053
Registered Sep. 4, 1990

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## 12TH MAN

TEXAS A & M UNIVERSITY (TEXAS INSTITU-
TION OF HIGHER EDUCATION)
COLLEGE STATION, TX 77843

FOR: BUMPER STICKERS, POST CARDS
AND NOTE CARDS, IN CLASS 16 (U.S. CLS. 37
AND 38).
FIRST USE 9-0-1984; IN COMMERCE
9-0-1984.
FOR: NOVELTY BUTTONS, IN CLASS 20
(U.S. CL. 50).
FIRST USE 9-0-1984; IN COMMERCE
9-0-1984.
FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).
FIRST USE 11-0-1984; IN COMMERCE
11-0-1984.

FOR: HATS, T-SHIRTS, POLO-TYPE SHIRTS,
GOLF SHIRTS, SWEATERS, SHORTS, AND
ATHLETIC UNIFORMS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 9-0-1983; IN COMMERCE
9-0-1983.
FOR: COLLEGE SCHOLARSHIP SERVICES,
IN CLASS 36 (U.S. CL. 102).
FIRST USE 5-0-1965; IN COMMERCE
5-0-1965.

SER. NO. 74-013,898, FILED 12-26-1989.

GRACE AWH, EXAMINING ATTORNEY

$\mathcal{B}$

Int. Cls.: 14 and 41

Prior U.S. Cls.: 28 and 107

**United States Patent and Trademark Office**
Reg. No. 1,948,306
Registered Jan. 16, 1996

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## 12TH MAN

TEXAS A&M UNIVERSITY (TEXAS INSTITU-
TION OF HIGHER EDUCATION)
COLLEGE STATION, TX 778431230

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).
FIRST USE 0-0-1989; IN COMMERCE
0-0-1989.
FOR: ENTERTAINMENT SERVICES,
NAMELY ORGANIZING AND CONDUCTING

INTERCOLLEGIATE SPORTING EVENTS , IN
CLASS 41 (U.S. CL. 107).
FIRST USE 0-0-1922; IN COMMERCE
0-0-1922.
OWNER OF U.S. REG. NO. 1,612,053.

SER. NO. 74-560,726, FILED 8-12-1994.

W. A. CONN, EXAMINING ATTORNEY

C

Int. Cls.: 21, 24, 25 and 36

Prior U.S. Cls.: 2, 13, 22, 23, 29, 30, 33, 39, 40, 42, 50, 100, 101 and 102

Reg. No. 2,189,229

## United States Patent and Trademark Office

Registered Sep. 15, 1998

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER

## 12TH MANIA!

TEXAS A&M UNIVERSITY (TEXAS INSTITU-
TION OF HIGHER EDUCATION)
COLLEGE STATION, TX 778431230

FOR: PLASTIC DRINKING CONTAINERS,
GLASS BEVERAGE GLASSWARE, MUGS AND
TUMBLERS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29,
30, 33, 40 AND 50).

FIRST USE 8-8-1996; IN COMMERCE
8-8-1996.

FOR: TEXTILES AND TEXTILE GOODS,
NAMELY, TOWELS AND FLAGS, IN CLASS 24
(U.S. CLS. 42 AND 50).

FIRST USE 8-8-1996; IN COMMERCE
8-8-1996.

FOR: CLOTHING, NAMELY, JACKETS,
CAPS, T-SHIRTS AND SHIRTS, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 8-8-1996; IN COMMERCE
8-8-1996.

FOR: FUND RAISING SERVICES, THROUGH
DIRECT MAIL SOLICITATION, FOR ATHLET-
ICS, SCHOLARSHIP AND SUPPORT , IN
CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-8-1996; IN COMMERCE
8-8-1996.

OWNER OF U.S. REG. NOS. 1,612,053 AND
1,948,306.

SER. NO. 75-320,722, FILED 7-8-1997.

KELLY GRANNAN, EXAMINING ATTORNEY

DEC-08-2004 WED 04:06 PM Licensing Resource Group    FAX NO. 6168200528    P. 02

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Mark H. Ziellow
T: 616 336 1835
zielow@butzel.com

Suite 200    25 West 8th Street
Holland, Michigan 49423
T: 616 336 8860 F: 616 366 1771
butzel.com

Also Admitted in: Ohio

December 7, 2004

Via U.S. Mail

Lance A. Lopes
Vice President
Corporate Partnerships/Legal Affairs
Seattle Seahawks
800 Occidental Avenue S., Suite 100
Seattle, WA 98134

RE:    Texas A&M University Trademark Infringement

Dear Mr. Lopes:

Thank you for your letter, dated October 25, 2004, stating that the Seattle Seahawks would remove the references to the "12th Man®" from its website and game day magazine. In reviewing the website, as a follow-up, we still note that there are references to "12th Man®." In particular, there is a reference to "A 12th Man Salute," a "12th Man Suite Lottery," and a note titled "12th Man Bandanas" which reads "Thank you to Budweiser for providing Monday Night Football bandanas to the 12th Man!"

Furthermore, it is my understanding that the Seattle Seahawks raised the "12th Man Flag" during their nationally televised Monday Night Football game.

Please follow-up on these other situations to ensure that such use is discontinued. Please confirm to me that the other uses have been discontinued as well.

Thank you for your anticipated cooperation.

Very truly yours,

Mark H. Ziellow

MHZ/smc

c.    Jack Landrigan

Detroit    Bloomfield Hills    Ann Arbor    Lansing    Holland    Boca Raton    Naples    Alliance Offices    Beijing    Shanghai    Member Lex Mundi

$E$



DEC 2 8 2004

LANE LOPES
VICE PRESIDENT
CORPORATE PARTNERSHIPS/LEGAL AFFAIRS

December 20, 2004

Mark H. Ziellow
45 West 8th Street, Suite 200
Holland, Michigan 49423

Re: Texas A&M University Infringement

Dear Mr. Zielow:

I am in receipt of your December 7, 2004 letter claiming that the Seahawks are infringing upon Texas A&M's trademark rights. Football Northwest LLC is the formal entity doing business as the Seattle Seahawks ("FNW").

Based upon a number of factors FNW believes it has a valid legal basis to defend its use of the "12th Man" in conjunction with its activities here in Seattle. In brief, FNW believes Texas A&M would have a difficult and expensive task of proving the essential element of confusion based upon our activities. In addition, there is the risk that the trademarked phrase could be deemed too descriptive and general in nature as to be enforceable. The "12th Man" is often used in common parlance when referring to the fans of teams. Pursuing these defenses, however, will be expensive and involve risk for both parties.

As I mentioned in our phone conversation, FNW understands Texas A&M's desire to preserve its rights in its trademark the "12th Man". As such, we would suggest that a nominal rights fee be paid to Texas A&M for a specific, narrow and limited use of the phrase. Specifically, we are seeking the right to use the term in reference to our fans as a whole in conjunction with local market activities (promotions) and stadium activities, including our pre-game flag raising ritual. We are not attempting to profit from this usage. We will abandon all usage of the term on our website. We also will not use the term in conjunction with our game day magazine title, or in the sale of any merchandise. For this limited right, we believe a one time license payment of $10,000 for a 10 year use period would be appropriate. This solution preserves your rights, limits our scope and becomes a source of income.

I look forward to your response to our proposal.

Sincerely,

Lance A. Lopes

F

OCT-25-2005 TUE 05:08 PM Licensing Resource Group    FAX NO. 6168200528    P. 03

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

Mark H. Zietlow
T: 616-336-1838
zietlow@butzel.com

Suite 600 250 West 8th Street
Holland, Michigan 49423
T: 616-366-8550  F: 616-336-0771
butzel.com

Also Admitted in Ohio

January 10, 2005

Lance A. Lopes
Seattle Seahawks
800 Occidental Avenue S, Suite 100
Seattle, WA 98134

        RE:    Texas A&M University Infringement

Dear Mr. Lopes:

        Texas A&M University is continuing to review your proposal in your letter dated December 20, 2004. We estimate it may take up to 60 days to evaluate the proposal. We will get back to you with a response as soon as the review process is completed.

        Please understand that this letter is not to be construed as a waiver or release of any of the claims and demands made in our letter dated December 7, 2004. Texas A&M University continues to be of the opinion that the use of "12th Man®" by the Seattle Seahawks violates the Federal, State and common law rights of Texas A&M University in 12th Man®.

Very truly yours,

Butzel Long

Mark H. Zietlow

cc: Jack Landrigan

Detroit  Bloomfield Hills  Ann Arbor  Lansing  Holland  Boca Raton  Naples  Alliance Offices  Beijing  Shanghai  Member Lex Mundi

6



**LANCE LOPES**
VICE PRESIDENT
CORPORATE PARTNERSHIPS/LEGAL AFFAIRS

November 7, 2005

Mr. Mark Zietlow
25 West 8th Street, Suite 200
Holland, MI 49423

Re: Texas A&M University Trademark Infringement

Dear Mr. Zietlow:

I am in receipt of your October 27, letter. If you will recall, last December the Seahawks made your client a generous offer to permit a limited use of the "12th Man" in its marketing/branding activities. You responded to us in a letter dated January 10, 2005, that you would take up to 60 days to consider the offer and respond back to us. We have yet to hear back on that offer.

Our position has not changed. We retired the "12" jersey in early 1980's as a tribute to our fans' support and it has hung in our rafters ever since. FNW believes it has a valid legal basis to defend its use of the "12th Man" in conjunction with its activities in Seattle. Pursuing these defenses, however, will be expensive and involve risk for both parties.

As I mentioned in our phone conversation last year and reiterated in the letter, FNW understands Texas A&M's desire to preserve its rights in its trademark the "12th Man". As such, we once again suggest the best solution is for a rights fee to be paid to Texas A&M for a specific and limited use of the phrase. Specifically, we are seeking the right to use the term in reference to our fans in conjunction with market and branding activities, advertising campaigns and promotions and in-stadium activities. We have no desire to profit financially from the use. We will not use the term in conjunction with the sale of any merchandise. We will not allow the term to be used in a derogatory manner. The Seahawks simply desire to use the term as a general designation to honor our fans and recognize their support.

For this limited right, the Seahawks are willing to pay your client a one time license payment of $10,000 for a 10 year use. This solution preserves your rights, limits our scope and becomes a source of income.

I look forward to your response to our proposal.

Sincerely,

Lance W. Lopes

2

**Star-Telegram*com**

---

Posted on Sat, Jan. 28, 2006

# Seattle's 12th man irks Aggies

**By JEFF CAPLAN**
**Star-Telegram Staff Writer**

The Seattle Seahawks credit their run to Super Bowl XL on the arm of their emergent quarterback, the legs of their MVP running back and the stripped-raw vocal cords of their fervent fans, the long-exalted 12th man.

As a salute to the roaring crowds that used to blow the roof off the old Kingdome, the franchise retired the No. 12 back in 1984. But, it wasn't until billionaire Microsoft co-founder Paul Allen bought the team in the late 1990s and cozy Qwest Field opened in 2002 that the 12th man tradition again swept up Seattle's fandom.

The playoffs -- with the No. 12 flag waving high atop Seattle's Space Needle and another one flapping in the south end of the stadium -- have finally exposed Seattle's 12th man tradition to the rest of the nation, and a stunned College Station -- the official Home of the 12th Man, legally speaking.

Texas A&M officials are hot over what athletic director Bill Byrne termed Seattle's "brazen use of the 12th Man theme" in his Wednesday Internet column.

A&M, whose own 12th Man tradition dates back to 1922, holds two trademark registrations on "12th Man." Secured in 1990 and 1996, the trademarks include entertainment services, "namely organizing and conducting intercollegiate sporting events," and products, such as caps, T-shirts, novelty buttons and jewelry.

Byrne wrote that the Chicago Bears and Buffalo Bills had previously halted their own 12th man themes once the university made them aware of the trademark registrations. A&M has contacted the Seahawks twice.

"In the normal course of action, once someone becomes aware of it and they understand that you have a registered trademark, normally they cease," said Steve Moore, A&M's chief marketing officer. "In this case they have chosen not to, but we are still hopeful that they will, quite frankly."

Lance Lopes, the Seahawks' vice president of corporate partnerships/legal affairs, said he would not comment on whether the team would meet A&M's request.

"I will say this," Lopes said. "Our fans have been the folks that have run with the 12th man. It has not been the organization itself. We raise a flag with a 12 on it, it doesn't say 12th man or anything like that. We retired the jersey No. 12 many, many years ago and we've always sort of kept it under that context.

"But, in terms of this whole 12th man derivative, if you will, that's occurred in the mass media and the public here locally. It has not been generated by the organization, per se."

At a recent fan rally, Seahawks cheerleaders couldn't distribute No. 12 buttons fast enough. The team's pro shop is sold out of No. 12 replica game jerseys and No. 12 flags.

The Web site, SeaHawkers.org, the official site of the team's booster club, offers downloadable computer desktop wallpaper that reads: "At Home We are the 12th Man" and "On the Road We are the 12th Man."

"There's 12th man towels on eBay and all types of 12th man merchandise that we've seen," A&M's Moore said. "We really have no way of knowing whether the Seahawks are putting that out or not."

The home page of the Seahawks' official Web site features a promotional advertisement with Ram Restaurant and Bar called "12th Man at the Ram." The winner lands 12 seats in front of the big screen at the popular sports bar to watch the Seahawks play the Pittsburgh Steelers in the Super Bowl on Feb. 5.

Jeff Chandler, a marketing and promotions staff member for the Ram chain, said he was unaware of the 12th Man trademark, and said his company works directly with the Seahawks.

"This is a promotion done in conjunction with them," Chandler said. "They are the ones that approved our ad."

A&M's 12th Man trademark has evolved into more than tradition and heritage. It is something of a franchise in itself, including The 12th Man Foundation, A&M's fundraising arm that funds 12th Man scholarships, *12th Man Magazine* and 12th Man merchandise.

The university's last resort is to take the Seahawks to court, a proposition that could be costly, and one Moore said A&M is not prepared to do just yet.

"What we hope," Moore said, "is that the normal course of action will work, and that they'll choose to recognize our ownership of the trademark."

Geoff Mantooth, a Fort Worth-based registered patent and trademark attorney, said A&M might be able to win a court battle. He said A&M could seek damages for past infringement, stop future infringement and even ask for the Seahawks' profits on any 12th man merchandise.

"They [the Seahawks] might think they can fight it because you have a professional sports franchise with deep pockets versus a public university," said Mantooth, who is a former student at Texas A&, but has no role with the university or this matter. "Public universities in the last few years have gotten more aggressive in protecting their patent and trademark rights because they see them as sources of revenue."

---

© 2006 Star-Telegram and wire service sources. All Rights Reserved.
http://www.dfw.com

3

**12th Man Flag Raised Atop The Space Needle**
**1/10/2006**

The Seahawks 12th Man flag was hoisted atop the Space
Needle at noon Tuesday as part of the fan support for
Saturday's NFC divisional playoff game against the
Washington Redskins. Ed Viesturs, the first American to
climb all 14 of the world's 8,000-meter mountain peaks, did
the honors of raising the flag.

Climb atop the Space Needle and watch the raising of the
12th Man flag:

Windows: **100 | Broadband**  Real: **100 | Broadband**



**Ed Viesturs, Tod Leiweke & Space Needle Director Dave Nelson**

**Back to previous page**

4

eBay: NFC Championship Gar   12th Man Seahawks Rally Towel (iter  °755820198 en...   Page 1 of 3



home | pay | register | sign in | site map    Start new search    [ Search ]

Buy | Sell | My eBay | Community | Help    Advanced Search

Java™ (POWERED BY) ◆Sun
TECHNOLOGY

---

◀ Back to list of items

Listed in category:   Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Football-NFL > Seattle Seahawks > Other Items

## NFC Championship Game 12th Man Seahawks Rally Towel

Item number: 8755820198

Bidder or seller of this item? Sign in for your status    Watch this item in My eBay | Email to a friend



◀ Larger Picture

| | |
|---|---|
| **Current bid:** | **US $6.49** |
| | [ Place Bid > ] |
| **Time left:** | **2 days 23 hours** 3-day listing, Ends Jan-26-06 08:20:37 PST |
| **Start time:** | Jan-23-06 08:20:37 PST |
| **History:** | 3 bids  (US $2.99 starting bid) |
| **High bidder:** | marioblauman ( 2 ) |
| **Item location:** | Olympia, Washington United States |
| **Ships to:** | United States |
| **Shipping costs:** | US $3.99 -- Standard Flat Rate Shipping Service |

◀ Shipping, payment details and return policy

### Seller information

toddcaffey  ( 157 ☆ )

Feedback Score: 157
**Positive Feedback: 98.2%**
Member since Jul-14-01 in United States
Read feedback comments
Add to Favorite Sellers
Ask seller a question
View seller's other items

PayPal  **Free PayPal Buyer Protection**
See eligibility

## Description

*Item Specifics - Fan Apparel & Souvenirs*

| | | | |
|---|---|---|---|
| Sport: | **Football-NFL** | Size: | -- |
| Team: | **Seattle Seahawks** | Gender: | -- |
| Product: | -- | Condition: | **New** |

This rally towel was given away at Qwest Field for the January 22nd, 2006 NFC Championship Game VS the Carolina Panthers. This towel IS DIFFERENT than the other towels I have been selling from the Seahawks -

Redskins game on 1-14-06.  It is in Mint Condition.  As you can see by the ruler, it measures about 18 inches by 11 inches.

I will ship within 24 hours.  Shipping is $3.99.



00012
FREE Counters and Services from Andale

## Shipping, payment details and return policy

**Domestic Handling Time**
Will usually ship within 1 business day of receiving cleared payment.

| Shipping Cost | Services Available | Service Transit Time* | Available to |
|---|---|---|---|
| US $3.99 | Standard Flat Rate Shipping Service | | United States only |

*Sellers are not responsible for service transit time. Transit times are provided by the carrier, exclude weekend and may vary with package origin and destination, particularly during peak periods.

Will ship to United States.

eBay: NFC Championship Game 12th Man Seahawks Rally Towel (item 8755820198 en...    Page 3 of 3

**Shipping insurance**
Not offered

**Seller's payment instructions**
Paypal prefered, but if need to pay by check or money order, that's cool. Just let me know - thanks!

## Payment methods accepted



- Personal check
- Money order/Cashiers check
Learn about payment methods.

## Ready to bid?
NFC Championship Game 12th Man Seahawks Rally Towel

Item title:          NFC Championship Game 12th Man Seahawks Rally Towel

Current bid:       US $6.49

Your maximum bid:   US $          (Enter US $6.99 **or more**)

          [ Place Bid > ]   You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.
Learn about bidding.

## What else can you do?

 Back to list of items  |  Ask seller a question  |  Add to Calendar  |  Printer Version

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com
Skype
Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective o
Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

5



home | pay | register | sign in | site map          Start new search

Buy    Sell    My eBay    Community    Help          Advanced Search

Java™ POWERED BY ◆Sun

  Back to list of items

| Listed in category: | Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Football-NFL > Seattle Seahawks > Other Items |
|---|---|
| Also listed in: | Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Wholesale Lots |

## 12th man pin from Seahawk redskins game the real deal

Item number: 8756143068

**Bidder or seller of this item?** Sign in for your status          **Watch this item** in My eBay | Email to a friend



Larger Picture

| | |
|---|---|
| Current bid: | **US $2.00** |
| Time left: | **1 day 1 hour** 7-day listing, Ends Jan-30-06 23:04:24 PST |
| Start time: | Jan-23-06 23:04:24 PST |
| History: | 4 bids  (US $0.50 starting bid) |
| High bidder: | moto_moto ( 198 ★ ) |
| Item location: | New Tripoli, PA United States |
| Ships to: | United States, Canada |
| Shipping costs: | US $2.00 – US Postal Service Priority Mail® |

Shipping, payment details and return policy

### Seller information

booknbrew  ( 29 ★ )

Feedback Score: 29
**Positive Feedback: 100%**
Member since May-06-00 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
View seller's other items

PayPal

**Shop without sharing your financial details**
Learn more

## Description (revised)

*Item Specifics - Fan Apparel & Souvenirs*

| Sport: | **Football-NFL** | Size: | — |
|---|---|---|---|
| Team: | **Seattle Seahawks** | Gender: | — |
| Product: | **Stickers, Decals** | Condition: | **Used** |

## *Thanks* 12th man *pin for Seattle Fans*

eBay: 12th man pin from Seahawk redskins game the real deal (item 8756143068 end tim... Page 2 of 3

**This pin was given out at the seattle readskin game in appreciati**
**12th man you the fans. Now this Piece of history can be yours!**

**Good Luck Seahawks!!!!!!!!!!!!!!!!!!!!!!!!**

Select a picture





FREE Counters and Services from Andale

### Shipping, payment details and return policy

**Domestic Handling Time**
Will usually ship within 20 business days of receiving cleared payment.

| **Shipping Cost** | **Services Available** | **Service Transit Time*** | **Available to** |
|---|---|---|---|
| US $2.00 | US Postal Service Priority Mail® | Estimated delivery 2-3 days | United States only |

*Sellers are not responsible for service transit time. Transit times are provided by the carrier, exclude weekend and may vary with package origin and destination, particularly during peak periods.

Will ship to United States, Canada.

**Shipping insurance**
Not offered

**Seller's payment instructions**
Payment is by Pay Pal, or Postal Money Order. If payment is by pay pal please add 3% to sale price. Item may full purchase price (shipping excluded) if not as described. Insurance is required on this item. Seller is not resp lost or damaged during shipping. International buyers pay actual shipping costs.

http://cgi.ebay.com/12th-man-pin-from-Seahawk-redskins-game-the-real-deal_W0QQitemZ8...    1/29/06

**Payment methods accepted**



- Personal check
- Money order/Cashiers check

Learn about payment methods.

### Ready to bid?

12th man pin from Seahawk redskins game the real deal

| | |
|---|---|
| Item title: | 12th man pin from Seahawk redskins game the real deal |
| Current bid: | US $2.00 |
| Your maximum bid: | US $ [          ] (Enter US $2.25 **or more**) |

 You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid.

Learn about bidding.

**What else can you do?**

 Back to list of items | Ask seller a question | Add to Calendar | Printer Version

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | Half.com | Kijiji | PayPal | Popular Searches | ProStores | Rent.com | Skype

Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective or Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

6

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com



**eBay®**

Hello! Sign in or register.

home | pay | register | site map

| Buy | Sell | My eBay | Community | Help |

Home > Buy > **Search Results for ' 12th man seattle'**

COMPARE Mortgage Rates for January 25, 2006

30 Year Fixed ▼   Choose State ▼   Refinance ▼   NexTag™

Page 1 of 6

Start new search    Search
                    Advanced Search

Java™  POWERED BY
TECHNOLOGY)  ⬥ Sun.

**All Items       Auctions       Buy It Now**

12th man seattle
☐ Search title and description

All Categories

Search    Advanced Search

New  eBay Toolbar
Now  with more
features for buyers
& seller. Still free!

Buying Guide -
Sports/Memorabilia

Tips for Buyers!

Sign In to see your customized search options

45 items found for 12th man seattle

List View | **Picture Gallery**

**Sort by:** Time: ending soonest ▼   Customize Display

Add to Favorite Searches



"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt LARGE  ⓟ
**$10.50**
Time Left: 20h 23m

"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt XXL  ⓟ
**$12.50**
Time Left: 20h 24m

⚆ SEATTLE SEAHAWKS

"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt XL  ⓟ
**$10.50**
Time Left: 20h 23m

"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt XL  ⓟ
**$10.50**
Time Left: 20h 23m

SEATTLE SEAHAWKS
NFC CHAMP 12TH MAN
TOWEL & CONFETTI  ⓟ
**$26.96**
Time Left: 21h 10m

⚆ Seattle Seahawks

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com

Page 2 of 6



**12TH MAN BAG LIMITED EDITION** 🅿
$19.99
Time Left: 2d 03h 26m



**NEW SEATTLE Seahawks 12th Man Button Lapel Pin Mint** 🅿
$3.50
Time Left: 2d 04h 45m



**"12th MAN" Seattle Seahawks FOOTBALL t-shirt XL** 🅿
$9.99
Time Left: 2d 20h 28m



**Seattle Seahawks 12th Man Vintage Jersey -- 2 Medium** 🅿
$15.00
Time Left: 3d 20h 07m



**NEW SEATTLE SEAHAWKS 12th man button pin mint condition** 🅿
$6.22
Time Left: 4d 06h 23m



**Rally Towels & 12TH Man Button** 🅿
GO HAWKS, TRUE BLUE FANS & 12TH MAN BUTTON
$10.50
Time Left: 2d 04h 31m



**"12th MAN" Seattle Seahawks FOOTBALL t-shirt LARGE** 🅿
$9.99
Time Left: 2d 20h 27m



**"12th MAN" Seattle Seahawks FOOTBALL t-shirt XXL** 🅿
$9.99
Time Left: 2d 20h 29m



**⚠ XL 12th MAN SEATTLE SEAHAWKS HOME JERSEY #12** 🅿
$81.00
Time Left: 4d 05h 42m



**NEW SEATTLE SEAHAWKS 12th Man Button Lapel Pin Mint** 🅿
$3.25
Time Left: 4d 18h 29m

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com

Page 3 of 6



SEATTLE SEAHAWKS
12TH MAN BAG LIMITED
EDITION 🔎
$19.99
Time Left: 4d 19h 15m



$9.99
Time Left: 4d 20h 33m

"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt LARGE 🔎
$9.99
Time Left: 4d 20h 34m

"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt XXL 🔎
$9.99
Time Left: 4d 20h 33m

2006 NFC Chamionship
Seattle Seahawks 12th man
towel 🔎
$2.24
Time Left: 5d 0h 53m

SEATTLE 12TH MAN CAR
FLAG, can't wave
superbowl ticket! 🔎
$12.00 =Buy It Now
Time Left: 5d 21h 08m





VINTAGE 1985 SEATTLE
SEAHAWKS 12TH MAN
SHIRT/JERSEY 🔎
$18.50
Time Left: 4d 20h 29m



"12th MAN" Seattle
Seahawks FOOTBALL t-
shirt XL 🔎
$9.99
Time Left: 4d 20h 33m



SEATTLE SEAHAWKS
NFC CHAMP 12TH MAN
TOWEL & CONFETTI 🔎
$5.50
Time Left: 4d 21h 12m



Seattle Seahawks Bruiser
the 12th Man MASK 1986
🔎
$28.57
Time Left: 5d 05h 07m



🔎 UNIQUE SEATTLE
SEAHAWKS 12th MAN
FAN JERSEY PAINTING
ONE OF A KIND SUPERBOWL
EDITION, LIMITED EDITION.

http://search.ebay.com/12th-man-seattle_W0QQfciIZ1QQfclZ4QQfromZR8QQfsooZ1QQfsopZ1

1/25/2006

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com                                    Page 4 of 6

**$150.00**
$195.00 =*Buy It Now*
Time Left: 9d 20h 18m



**Page 1 of 2**

⇦ Previous  1 | 2  Next⬇

Go to page

[Go]

**Tools:** My eBay Favorites  |  Email this search to a friend  |  Want It Now

**Get more results in other eBay areas**

- See additional Buy It Now Items from eBay Store sellers. Learn more.
- See all items including those available from non-English speaking countries/regions.

* Items that are listed in a currency other than U.S. dollars display the converted amount in italicized text. Converted amounts shown are estimates based on Bloomberg's conversion rates. If you need to get recent exchange rates, please use the Universal Currency Converter

**Note:** Bid counts and amounts may be slightly out of date. See each listing for international shipping options and costs.

This page was last updated: Jan-25 15:16

eBay official time 15:17:51 PS°

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com

**Matching Categories**

**Clothing, Shoes & Accessories (23)**
- Men's Clothing (21)
- Women's Accessories, Handbags (2)

**Sports Mem, Cards & Fan Shop (23)**
- Fan Apparel & Souvenirs (23)

**Sporting Goods (1)**
- Football (1)

**Tickets (1)**

**Buying Guides**
- Jeans Style Guide
- How to Find Your Size
- Sunglasses
- Clothing, Shoes & Accessories
- How to Get the Right Fit

*See all buying guides...*

**Search Options**

**Location:**
- Worldwide
- Items within 200 miles of ZIP/Postal

**Show only:**
- Items listed with PayPal
- Buy It Now Items
- Get It Fast Items
- Completed listings
- Gift items
- Items listed as lots

**Top 10 Jeans**                                         flaunt it



1. Embellished          6. Distressed
2. Guess                7. Skinny
3. Abercrombie          8. Lucky
4. Diesel               9. Levi's
5. Citizens for All Humanity   10. Calvin Klein

>> See More Jeans
>> See All Winter Fashion

*eBay official time*

eBay Pulse | eBay Reviews | eBay Stores | Half.com | PayPal | Popular Searches | ProStores | Rent.com | Shopping.com | Skype

Australia | Austria | China | France | Germany | India | Italy | Spain | United Kingdom

**About eBay | Announcements | Security Center | Policies | Site Map | Help**

Copyright © 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay - 12th man seattle, Fan Apparel Souvenirs, Men's Clothing items on eBay.com

☐ Listings

Ending within
1 hour  [  ]
☐ Items priced
                              to
                                   [  ]

[ Show Items ]

Customize options displayed
above.

🏬 **Shop eBay Stores**
- Teo's Art Collections and
  Things (1)
- Amazing Bargain Center
  (1)

*See all matching Stores*

........................................

*See all common keywords*

# EXHIBIT B