Texas A&M University v. Seattle Seahawks Inc et al — Doc. 11 Att. 2
Judicial Caseload Profile Report — Page 1 of 1
Case 4:06-cv-00347   Document 11-3   Filed 03/02/2006   Page 1 of 11

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| TEXAS SOUTHERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 14,887 | 15,102 | 13,487 | 12,762 | 10,919 | 10,759 | | |
| | Terminations | | 14,413 | 14,082 | 12,862 | 12,340 | 10,583 | 11,130 | | |
| | Pending | | 10,054 | 9,634 | 8,589 | 7,904 | 7,512 | 7,102 | | |
| | % Change in Total Filings | Over Last Year | -1.4 | | | | | | 39 | 5 |
| | | Over Earlier Years | | | 10.4 | 16.7 | 36.3 | 38.4 | 6 | 2 |
| Number of Judgeships | | | 19 | 19 | 19 | 19 | 19 | 18 | | |
| Vacant Judgeship Months** | | | .3 | .0 | .0 | 14.0 | 21.5 | 5.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 783 | 794 | 709 | 672 | 575 | 598 | 4 | 1 |
| | | Civil | 377 | 433 | 408 | 405 | 357 | 397 | 35 | 6 |
| | | Criminal Felony | 326 | 295 | 254 | 220 | 218 | 201 | 3 | 2 |
| | | Supervised Release Hearings** | 80 | 66 | 47 | 47 | - | - | 4 | 1 |
| | Pending Cases | | 529 | 507 | 452 | 416 | 395 | 395 | 18 | 4 |
| | Weighted Filings** | | 600 | 629 | 609 | 585 | 520 | 557 | 10 | 3 |
| | Terminations | | 759 | 741 | 677 | 649 | 557 | 618 | 3 | 1 |
| | Trials Completed | | 25 | 27 | 32 | 41 | 44 | 53 | 25 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 4.7 | 4.5 | 4.6 | 4.8 | 4.5 | 4.4 | 3 | 1 |
| | | Civil** | 9.8 | 6.8 | 7.2 | 7.1 | 9.0 | 9.5 | 47 | 4 |
| | From Filing to Trial** (Civil Only) | | 15.3 | 19.5 | 20.8 | 18.9 | 18.5 | 18.3 | 7 | 1 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 176 | 61 | 65 | 99 | 169 | 105 | | |
| | | Percentage | 3.3 | 1.1 | 1.2 | 1.9 | 3.4 | 2.0 | 24 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 48.14 | 55.44 | 49.36 | 47.25 | 46.68 | 44.41 | | |
| | | Percent Not Selected or Challenged | 36.6 | 42.7 | 40.8 | 41.7 | 41.8 | 44.7 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 7172 | 166 | 273 | 2203 | 99 | 36 | 351 | 1815 | 653 | 366 | 640 | 14 | 556 |
| Criminal* | 6160 | 538 | 606 | 4438 | 214 | 164 | 29 | 22 | 18 | 7 | 51 | 38 | 35 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."


EXHIBIT B

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| WASHINGTON WESTERN | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 4,167 | 4,858 | 5,038 | 4,103 | 3,257 | 3,479 | | |
| | Terminations | | 4,584 | 4,337 | 3,491 | 4,041 | 3,396 | 3,435 | | |
| | Pending | | 4,303 | 4,608 | 3,890 | 2,373 | 2,325 | 2,486 | | |
| | % Change in Total Filings | Over Last Year | -14.2 | | | | | | 82 | 13 |
| | | Over Earlier Years | | -17.3 | 1.6 | 27.9 | 19.8 | | 19 | 4 |
| Number of Judgeships | | | 7 | 7 | 7 | 7 | 7 | 7 | | |
| Vacant Judgeship Months** | | | 6.7 | 14.0 | 2.6 | 12.0 | 11.0 | .1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 595 | 694 | 720 | 586 | 465 | 497 | 13 | 4 |
| | | Civil | 487 | 582 | 616 | 498 | 416 | 433 | 7 | 2 |
| | | Criminal Felony | 74 | 78 | 68 | 56 | 49 | 64 | 43 | 10 |
| | | Supervised Release Hearings** | 34 | 34 | 36 | 32 | - | - | 16 | 8 |
| | Pending Cases | | 615 | 658 | 556 | 339 | 332 | 355 | 13 | 2 |
| | Weighted Filings** | | 626 | 611 | 621 | 617 | 557 | 604 | 7 | 3 |
| | Terminations | | 655 | 620 | 499 | 577 | 485 | 491 | 10 | 3 |
| | Trials Completed | | 16 | 13 | 10 | 12 | 17 | 17 | 60 | 7 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 7.3 | 6.3 | 6.2 | 5.8 | 6.3 | 5.3 | 28 | 4 |
| | | Civil** | 9.6 | 7.2 | 6.4 | 5.8 | 8.1 | 8.5 | 44 | 7 |
| | From Filing to Trial** (Civil Only) | | 19.4 | 16.4 | 16.7 | 18.0 | 15.0 | 17.4 | 22 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 259 | 32 | 23 | 36 | 32 | 28 | | |
| | | Percentage | 6.9 | .8 | .7 | 1.8 | 1.6 | 1.3 | 63 | 7 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.7 | 1.6 | 1.6 | 1.6 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 36.80 | 42.94 | 38.85 | 36.51 | 36.96 | 36.62 | | |
| | | Percent Not Selected or Challenged | 25.5 | 42.2 | 29.1 | 32.8 | 29.9 | 31.2 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3411 | 269 | 486 | 648 | 65 | 36 | 292 | 315 | 298 | 280 | 454 | 1 | 267 |
| Criminal* | 512 | 48 | 144 | 77 | 65 | 71 | 20 | 20 | 11 | 10 | 12 | 14 | 20 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § § | |
| Plaintiff, | § § | Civil Action No. 4:06-CV-00347 |
| vs. | § § § | AFFIDAVIT OF JEFFREY S. MILLER |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC, | § § § § § | |
| Defendants. | § | |

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF KING         )

Jeffrey S. Miller being first duly sworn on oath, deposes and says:

1. My name is Jeffrey S. Miller, I am over the age of 18, not a party to this action, and competent to testify in this matter.

2. I am a partner with the law firm of Foster Pepper LLC and an attorney for Defendants in this action.

3. Defendant Football Northwest LLC d/b/a the Seattle Seahawks has identified the following possible third-party witnesses in this litigation:

A.   **Local Media Witnesses**

1. KJR Radio
   Seattle, WA

A representative of KJR is expected to testify regarding the local sports radio station's use of the term "twelfth man" in its on air and in the market promotions as well as the frequency of use by the on air talent during their broadcasts.

50634764 3                             1

2. KIRO News Radio
   Seattle, WA

A representative of KIRO News Radio is expected to testify regarding the local flagship radio station's use of the term "twelfth man" in its on air and in the market promotions as well as the frequency of use by the on air talent during their broadcasts.

3. *The Seattle Times*
   Seattle, WA

Representatives of *The Seattle Times* are expected to testify regarding the frequency of the use of the term "12th Man" in the *The Seattle Times* or SeattleTimes.com.

4. *Seattle Post-Intelligencer*
   Seattle, WA

Representatives of *The Seattle Post-Intelligencer* are expected to testify regarding the frequency of the use of the term "12th Man" The Seattle Post-Intelligencer or seattlepi.nwsource.com.

5. *Tacoma News Tribune*
   Tacoma, WA

Representatives of *Tacoma News Tribune* are expected to testify regarding the frequency of the use of the term "12th Man" in the Tacoma News Tribune or thenewstribune.com.

6. *Everett Herald*
   Everett, WA

Representatives of the *Everett Herald* are expected to testify regarding the frequency of the use of the term "12th Man" in the Everett Herald or heraldnet.com

7. Entercom Seattle Radio Stations
   Seattle, WA

A representative of Entercom is expected to testify regarding the frequency of the use of the term "twelfth man" on its eight Seattle based radio stations and websites.

8. BELO Communications
Seattle, WA

A representative of BELO Communications is expected to testify regarding the frequency KING 5, KONG 6/16, Northwest Cable News and KING5.com used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

9. KIRO TV
Seattle, WA

A representative of KIRO TV is expected to testify regarding the frequency KIRO 7 and KIRO7.com used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

10. KCPQ/KTWB-TV
Seattle, WA

A representative of KCPQ/KTWB-TV is expected to testify regarding the frequency KCPQ Q13 Fox and q13trb.com used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

11. Fox Sports Northwest
Bellevue, WA

A representative of Fox Sports Northwest is expected to testify regarding the frequency Fox Sports Northwest used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

12. KOMO RADIO & TV, Community Relations Director
Seattle, WA

A representative of KOMO is expected to testify regarding the frequency KOMO TV and komotv.com used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

13. KING TV, Director, Community Relations Director
Seattle, WA

A representative of KING TV is expected to testify regarding the frequency KING TV used the term "12th Man" in its broadcasts, website or local promotions in the Pacific Northwest region.

### B. Seattle Area Businesses Which Used the Term "12th Man"

14. Coca-Cola USA
    Bellevue, WA

A representative of Coca-Cola is expected to testify regarding the use of the term "12th Man" in Pacific Northwest region promotions and advertising.

15. Oberto Sausage Company, Promotions
    Kent, WA

A representative of Oberto Sausage Company is expected to testify regarding the use of the term "12th Man" in Pacific Northwest region promotions and advertising.

16. Ram Restaurant & Brewery
    Seattle, WA

A representative of Ram Restaurant & Brewery is expected to testify regarding the use of the term "12th Man" in Pacific Northwest region promotions and advertising.

17. Macy's
    Seattle, WA

A representative of Macy's is expected to testify regarding the use of the term "12th Man" in Pacific Northwest region promotions and advertising.

18. E&J Gallo
    Bellevue, WA

A representative of E&J Gallo is expected to testify regarding the use of the term "12th Man" in Pacific Northwest Region promotions and advertising.

19. State Roofing, Inc.
    Monroe, WA

A representative of State Roofing, Inc. is expected to testify regarding the use of the term "12th Man" in Pacific Northwest region promotions and advertising.

20. Levy Sheckler
    Seattle, WA

A representative of Levy Sheckler is expected to testify regarding the use of the term "12th Man," "12" and other derivatives thereof in its advertising.

21. Creative Concepts
    Woodinville, WA

A representative of Creative Concepts is expected to testify regarding the use of the "12th Man" and "12" and other derivatives thereof in its advertising and brand print.

### C.     Witnesses Who Have Flown a "12" Flag

22. Howard S. Wright Construction Co.
    Seattle, WA

A representative of Howard S. Wright Construction Co. is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

23. Nordstrom
    Seattle, WA

A representative of Nordstrom is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

24. Boeing Company
    Renton, WA

A representative of Boeing Company is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

25. PEMCO
    Seattle, WA

A representative of PEMCO is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

26. Smith Tower, Samis Co.
    Seattle, WA

A representative of Smith Tower, Samis Co. is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

27. Pier 54
    Seattle, WA

A representative of Pier 54 is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

28. City Hall
Seattle, WA

A representative of City Hall is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

29. Mark Houtchens/Vance Co.
Seattle, WA

A representative of Mark Houtchens/Vance Co. is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

30. Space Needle
Seattle, WA

A representative of the Space Needle is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

31. Two Union Square
Seattle, WA

A representative of Two Union Square is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

32. Qwest Headquarters
Seattle, WA

A representative of Qwest Headquarters is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

33. YMCA
Seattle, WA

A representative of YMCA is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

34. City of Mountlake Terrace
Mountlake Terrace, WA

A representative of City of Mountlake Terrace is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

35. Spokane City Hall
    Spokane, WA

A representative of Spokane City Hall is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

36. Everett Events Center
    Everett, WA

A representative of Everett Events Center is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

37. Boeing Field
    Seattle, WA

A representative of Boeing Field is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

38. Carillon Point
    Kirkland, WA

A representative of Carillon Point is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

39. Pioneer Square
    Seattle, WA

A representative of Pioneer Square is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

40. Washington Athletic Club
    Seattle, WA

A representative of Washington Athletic Club is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

41. Greater Kirkland Chamber
    Kirkland, WA

A representative of Greater Kirkland Chamber is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

42. City of Seattle
    Seattle, WA

A representative of City of Seattle is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

43. Capitol Building

A representative of the Capitol Building is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

44. Bank of America Tower
    Seattle, WA

A representative of the Bank of America Tower is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

45. Redmond Renaissance Inn
    Redmond, WA

A representative of the Redmond Renaissance Inn is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

46. King County United Way
    Seattle, WA

A representative of King County United Way is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

47. Wright Hotels, Inc.
    Seattle, WA

A representative of Wright Hotels, Inc. is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

48. University of Washington Business School
    Seattle, WA

A representative of the University of Washington Business School is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

49. Woodland Park Zoo
    Seattle, WA

A representative of the Woodland Park Zoo is expected to testify regarding its request to fly the "12" flag and the frequency and occurrence thereof.

### D. John Doe Witnesses

50. The Seahawks also anticipate calling John Doe witnesses to be determined that will testify about the frequency, duration and type of exposure of "12th Man" references they observed while living in Seattle.

_____
Jeffrey S. Miller

SUBSCRIBED AND SWORN to before me this 2nd day of March, 2006.

_____
(Signature of Notary)

Notary public in and for the State of Washington, residing at Puyallup, WA
My appointment expires: 1/29/09