IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL, | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION

COMES NOW, Plaintiff Texas A&M University ("Texas A&M") and files this its Request for Hearing on the Preliminary Injunction and would respectfully show the Court as follows:

Texas A&M filed Plaintiff's Original Petition, Jury Demand and Application for Temporary Restraining Order and Temporary and Permanent Injunctions on January 30, 2006 in the 85th Judicial District Court of Brazos County and a Temporary Restraining Order was issued. The Defendants removed the state court lawsuit to the this Court on February 2, 2006. The Temporary Restraining Order was extended by stipulation through March 13, 2006.

WHEREFORE, PREMISES CONSIDERED, Texas A&M respectfully requests this Court grant a hearing to Plaintiff on the Preliminary Injunction.

Respectfully submitted,

_____
SANFORD E. WARREN, JR. /by permission Garreth Sarosi/
Texas Bar No. 20888690
R. SCOTT RHOADES
Texas Bar No. 90001757
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
214.969.2800 - Telephone
214.969.4343 - Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2006, a true and correct copy of the foregoing Request for Hearing on Motion for Preliminary Injunction was forwarded by facsimile and overnight mail to the following counsel of record:

J. Michael Bell
Jill W. Young
Thompson & Knight LLP
Three Allen center
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Phone: 713-654-8111
Fax: 713-654-1871

Davis Watson
Payne, Watson, Miller, Malechek & Scherr, PC
P.O. Box 6900
Bryan, TX 77805-6900
Phone: 979-774-5257

Tim J. Filer
Jeffrey S. Miller
Foster Pepper PLLC
34th Floor, 1111 Third Avenue
Seattle, WA 98101
Phone: 206-447-6408

_____
Garreth A. Sarosi

*PLAINTIFF'S REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION - Page 2*