IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TEXAS A&M UNIVERSITY** § § § **Plaintiff,** § § vs. § **Civil ACTION NO. H-06-0347** § **SEATTLE SEAHAWKS, INC.,** § **SEATTLE PROFESSIONAL,** § **FOOTBALL, INC. and FOOTBALL** § **NORTHWEST, LLC,** § § **Defendants.** § | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR HEARING ON THE PRELIMINARY INJUNCTION

On this date came on to be considered Texas A&M University's request for a hearing on the Preliminary Injunction. The Court finds that such request is in order and hereby orders that a hearing be scheduled for the _____ day of _____ , 2006, at _____. The Clerk is to notify all parties.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING

ORDER GRANTING PLAINTIFF'S REQUEST FOR HEARING ON
THE PRELIMINARY INJUNCTION