IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M UNIVERSITY § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil ACTION NO. H-06-0347 |
| § | |
| SEATTLE SEAHAWKS, INC., § | |
| SEATTLE PROFESSIONAL, § | |
| FOOTBALL, INC. and FOOTBALL § | |
| NORTHWEST, LLC, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING PLAINTIFF'S REQUEST FOR HEARING ON THE PRELIMINARY INJUNCTION

On this date came on to be considered Texas A&M University's request for a hearing on the Preliminary Injunction. The Court finds that such request is in order and hereby orders that a hearing be scheduled for the 18th day of May, 2006, at 2:00 pm. The Clerk is to notify all parties.

SIGNED this 21st day of March, 2006.

_____
JUDGE PRESIDING

ORDER GRANTING PLAINTIFF'S REQUEST FOR HEARING ON
THE PRELIMINARY INJUNCTION