IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M UNIVERSITY § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | C.A. No. H-06-0347 |
| § | |
| SEATTLE SEAHAWKS, INC., § | |
| SEATTLE PROFESSIONAL § | |
| FOOTBALL, INC., FOOTBALL § | |
| NORTHWEST LLC § | |

**NOTICE OF APPEARANCE**
**FOR TEXAS A&M UNIVERSITY**

COMES NOW, Assistant Attorney General Linda Shaunessy and hereby notifies the Court and all parties that she will be appearing as counsel in the representation of Texas A&M University. Her contact information is as follows:

> Linda Shaunessy
> Assistant Attorney General
> P.O. Box 12548
> Austin, Texas 78711-2548
> (512) 475-1652-Direct
> (512) 477-2348- Facsimile

Ms. Shaunessy's email address is linda.shaunessy@oag.state.tx.us

> Respectfully Submitted,
>
> GREG ABBOTT
> Attorney General of Texas
>
> BARRY R. McBEE
> First Assistant Attorney General
>
> EDWARD D. BURBACH
> Deputy Attorney General for Litigation

DAVID C. MATTAX
Assistant Attorney General
Division Chief, Financial Litigation Division

*Linda Shaunessy*

LINDA I. SHAUNESSY
Assistant Attorney General
State Bar No.10382920
Financial Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
TEL:  (512) 475-1652
FAX:  (512) 477-2348

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Appearance of Counsel has been forwarded to all counsel of record via Certified Mail this 21st day of March, 2006.

J. MICHAEL BELL
State Bar No. 02079200
THOMPSON & KNIGHT
333 Clay Street, Suite 3300
Houston, TX 77002-4499
TEL: (713) 654-8111
FAX: (713) 654-1871

Of Counsel

JILL W. YOUNG
333 Clay Street, Suite 3300
TEL: (713) 654-8111
FAX: (713) 654-1871

TIM J. FILER
Jeffrey S. Miller

**Notice of Appearance for Texas A&M University**                                      2

Foster Pepper PLLC
34th Floor, 111 Third Avenue
Seattle Washington 98101
TEL: (206) 447-6408

DAVIS WATSON
PAYNE, WATSON, MILLER, MALECHECK & SCHERR, P.C.
P.O. Box 6900
Bryan, Texas 77805-6900
TEL: (979) 774-5257

ATTORNEYS FOR DEFENDANTS

*/s/ Linda Shaunessy*
LINDA I. SHAUNESSY