Texas A&M University v. Seattle Seahawks Inc et al                                                                                           Doc. 16
03/21/2006  14:45   512-477-2348      FINANCIAL LITIGATION         PAGE  02/03
Case 4:06-cv-00347   Document 16   Filed 03/21/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 21 2006

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION REGARDING EXTENDING TIME TO RESPOND TO MOTION
TO TRANSFER VENUE AND DEFENDANTS' ANSWER**

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that Plaintiff shall have to and including April 4, 2006 to respond to Defendants' Motion to Transfer Venue. Plaintiff's response is currently due on March 22, 2006. Plaintiff and Defendants further stipulate and agree that Defendant shall have to and including April 10, 2006 to file its reply. Plaintiff and Defendants stipulate and agree that this matter shall be considered as submitted as of April 11, 2006. Plaintiff and Defendants further stipulate that the time for Defendants' answer or other response to Plaintiff's Original Petition shall be extended to March 31, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 21st day of March, 2006:

509988 000002 HOUSTON 447889.1

By: *[signature]*
LINDA I. SHAUNESSY
Assistant Attorney General
State Bar No. 10382920
Financial Litigation Division
P. O. Box 12548
Austin, Texas 78711-2458
(512) 475-1652 – Telephone
(512) 477-2348 – Facsimile

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: *[signature]*
J. MICHAEL BELL
Federal Admission No. 5574
State Bar No. 02079200
JILL W. YOUNG
State Bar No. 00797670
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
713-654-8111 - Telephone
713-654-1871 – Facsimile

ATTORNEYS FOR DEFENDANTS

2

509988 000002 HOUSTON 447889.1