IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TEXAS A&M UNIVERSITY** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| **SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC** | § § § § § | Civil Action No. 4:06-CV-00347 |
| | § | |
| **Defendants.** | § | |

### MOTION TO WITHDRAW AS COUNSEL
### FOR PLAINTIFF TEXAS A&M UNIVERSITY

W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy of Winstead Sechrest & Minick P.C., are listed as counsel for Plaintiff Texas A&M University ("Plaintiff") and request permission to withdraw from representing Plaintiff. Sanford E. Warren, Jr. (Texas State Bar No. 20888690), and R. Scott Rhoades (Texas State Bar No. 90001757), Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201, Tel. 214/969-2800, Fax: 214/969-4343 have appeared on behalf of Plaintiff by filing Plaintiff's Request for Hearing on Motion for Preliminary Injunction. Further, Plaintiff desires to use the attorneys at Akin Gump identified herein for representation in this matter and agree to the withdrawal and substitution of counsel. This withdrawal and substitution is not sought for delay.

WHEREFORE, W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy and the firm of Winstead Sechrest & Minick P.C. respectfully request that this Court enter an order permitting them to withdraw from this case.

Respectfully submitted,

WINSTEAD SECHREST & MINICK P.C.

By: _____
W. Mike Baggett
State Bar No. 001511300
Tanya D. Henderson
State Bar No. 50511706
Jennifer L. Murphy
State Bar No. 24027560

5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Tel: 214/745-5400
Fax: 214/745-5390

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of March, 2006, a true and correct copy of the above and foregoing instrument was sent to the following counsel in the manner indicated via the Court's electronic filing system.

Bill Youngkin
P.O. Box 4805
Bryan, Texas 77805

J. Michael Bell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, Texas 77002-4499

Jill W. Young
333 Clay Street, Suite 3300
Houston, Texas 77002-4499

Tim J. Filer
Jeffrey S. Miller
Foster Pepper PLLC
34th Floor, 111 Third Avenue
Seattle Washington 98101

Davis Watson
Payne, Watson, Miller, Malechek & Scherr, P.C.
P.O. Box 6900
Bryan, Texas 77805-6900

Sanford E. Warren, Jr.
R. Scott Rhoades
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201

_____
Tanya D. Henderson