IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TEXAS A&M UNIVERSITY** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| **SEATTLE SEAHAWKS, INC.,** | § | Civil Action No. 4:06-CV-00347 |
| **SEATTLE PROFESSIONAL** | § | |
| **FOOTBALL, INC. and FOOTBALL** | § | |
| **NORTHWEST, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having examined the Motion to Withdraw as Counsel for Plaintiff Texas A&M University, filed by W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy of Winstead Sechrest & Minick P.C., is of the opinion that good cause has been shown and that the Motion should be granted.

IT IS HEREBY ORDERED that W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy of Winstead Sechrest & Minick P.C., are permitted to withdraw as attorneys of record for Plaintiff Texas A&M University in this case.

IT IS FURTHER ORDERED that Sanford E. Warren, Jr., and R. Scott Rhoades of Akin Gump Strauss Hauer & Feld LLP are hereby substituted as counsel for Plaintiff Texas A&M University.

SIGNED on this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE