IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAR 2 3 2006

Michael N. Milby, Clerk of Court

| TEXAS A&M UNIVERSITY | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC.; | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, pursuant to Local Rule 83.2, Sanford E. Warren, Jr. and Scott Rhoades of Akin Gump Strauss Hauer & Feld, LLP and file this Motion to Withdraw as Counsel of Record, and in support thereof respectfully show the Court the following:

1. Sanford E. Warren, Jr., R. Scott Rhoades and Akin Gump Strauss Hauer & Feld, LLP are no longer actively involved in the representation of Plaintiff in the above matter. It has been decided, with the approval of Plaintiff, that all representation of Plaintiff will continue at this time through Plaintiff's remaining counsel of record.

2. There is good cause for this Court to grant the motion to withdraw because Plaintiff does not oppose the withdrawal and there is no need to designate substitute counsel for Plaintiff.

3. For these reasons, Sanford E. Warren, Jr., R. Scott Rhoades and Akin Gump Strauss Hauer & Feld, LLP ask this Court to grant their Motion to Withdraw as Counsel of Record.

MOTION TO WITHDRAW AS COUNSEL OF RECORD – Page 1

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD, LLP

*R. Scott Rhoades* WP/SRA

Sanford E. Warren, Jr.
State Bar No. 20888690
R. Scott Rhoades
State Bar No. 50511706
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4618
Telephone: (214) 969-2800
Fax: (214) 969-4343


Bill Youngkin
State Bar No. 22226500
P. O. Box 4806
Bryan, Texas
Telephone: (979) 260-7030
Fax: (979) 268-3037

**COUNSEL FOR PLAINTIFF FOODIE PARTNERS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion to Withdraw as Counsel of Record**, was served on the following counsel on this 23rd day of March, 2006.

J. Michael Bell
Jill W. Young
Thompson & Knight LP
Three Allen Center
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Telephone: (713) 654-8111
Fax: (713) 654-1871

Davis Watson
Payne, Watson, Miller,
Malechek & Scherr, PC
P. O. Box 6900
Bryan, TX 77809-6900
Telephone: (979) 774-5257

Tim J. Filer
Jeffrey S. Miller
Foster Pepper LLC
34th Floor, 1111 Third Avenue
Seattle, Washington 98101
Telephone: (206) 447-6408

*R. Scott Rhoades*
R. Scott Rhoades

Doc #5888336