IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TEXAS A&M UNIVERSITY** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | H-06-0347 |
| | § | |
| **SEATTLE SEAHAWKS, INC.;** | § | |
| **SEATTLE PROFESSIONAL** | § | |
| **FOOTBALL, INC. and FOOTBALL** | § | |
| **NORTHWEST, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court has considered the Motion to Withdraw as counsel of record for Plaintiff, Texas A&M University, (the "Plaintiff") filed by Sanford E. Warren, Jr. and R. Scott Rhoades of Akin Gump Strauss Hauer & Feld, LLP. The Court has determined that the motion has merit and it is GRANTED.

It is therefore ORDERED that Sanford E. Warren, R. Scott Rhoades and Akin Gump Strauss Hauer & Feld, LLP are permitted to withdraw as counsel for said Plaintiff and shall have no further obligation as counsel of record in this action. The Court Clerk shall remove attorneys Sanford E. Warren, Jr., R. Scott Rhoades and Akin Gump Strauss Hauer & Feld, LLP from the service list in this action.

**SO ORDERED.**

_____
JUDGE PRESIDING