Texas A&M University v. Seattle Seahawks Inc et al | Doc. 19
Case 4:06-cv-00347   Document 19   Filed 03/24/2006   Page 1 of 1
Case 4:06-cv-00347   Document 17-2   Filed 03/22/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR 2 7 2006

Michael N. Milby, Clerk of Court

| | |
|---|---|
| TEXAS A&M UNIVERSITY | § |
| Plaintiff, | § |
| vs. | § |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC | § Civil Action No. 4:06-CV-00347 |
| Defendants. | § |

## ORDER PERMITTING WITHDRAWAL OF COUNSEL

The Court, having examined the Motion to Withdraw as Counsel for Plaintiff Texas A&M University, filed by W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy of Winstead Sechrest & Minick P.C., is of the opinion that good cause has been shown and that the Motion should be granted.

IT IS HEREBY ORDERED that W. Mike Baggett, Tanya D. Henderson, and Jennifer L. Murphy of Winstead Sechrest & Minick P.C., are permitted to withdraw as attorneys of record for Plaintiff Texas A&M University in this case.

IT IS FURTHER ORDERED that Sanford E. Warren, Jr., and R. Scott Rhoades of Akin Gump Strauss Hauer & Feld LLP are hereby substituted as counsel for Plaintiff Texas A&M University.

SIGNED on this _24th_ day of _March_, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF – Solo Page