IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS A&M UNIVERSITY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SEATTLE SEAHAWKS, INC., § <br> SEATTLE PROFESSIONAL § <br> FOOTBALL, INC. and FOOTBALL § <br> NORTHWEST, LLC, § <br> § <br> Defendants. § | Civil Action No. 4:06-cv-00347 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorneys, J. David Cabello and William D. Raman, of Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP, enter their appearance in this matter for Plaintiff, Texas A&M University, for the purpose of receiving notices and orders from the Court.

DATED this 28th day of March, 2006.

Respectfully submitted,

J. David Cabello
*Attorney in Charge*
TX Bar No. 03574500
S.D. Texas Federal No. 3514
**Wong, Cabello, Lutsch,
   Rutherford & Brucculeri, LLP**
20333 SH 249, Suite 600
Houston, TX 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424
Email: dcabello@counselip.com

Texas A&M University v. Seattle Seahawks Inc et al    Doc. 20

Dockets.Justia.com

*[signature]*
William D. Raman
TX Bar No. 16492700
S.D. Texas Federal No. 4117
**Wong, Cabello, Lutsch,
　Rutherford & Brucculeri, LLP**
Bank One Tower
221 West 6th Street, Suite 950
Austin, TX 78701
Telephone: (512) 473-2550
Facsimile: (512) 473-2555
Email: braman@counselip.com

**OF COUNSEL:**
Sherri L. Eastley
TX Bar No. 24036945
**Wong, Cabello, Lutsch,
　Rutherford & Brucculeri, LLP**
Bank One Tower
221 West 6th Street, Suite 950
Austin, TX 78701
Telephone: (512) 473-2550
Facsimile: (512) 473-2555
Email: seastley@counselip.com

**ATTORNEYS FOR
TEXAS A&M UNIVERSITY**

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule 5 and the Federal Rules of Civil Procedure Rule 5(b). As such, this notice was served on all counsel deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by first class mail or overnight mail on this 28th day of March, 2006 to:

Bill Youngkin
P.O. Box 4805
Bryan, Texas 77805

J. Michael Bell
Jill W. Young
Thompson & Knight
333 Clay Street, Suite 3300
Houston, Texas 77002-4499

Tim J. Filer
Jeffrey S. Miller
Foster Pepper PLLC
34th Floor, 111 Third Avenue
Seattle, Washington 98101

Davis Watson
Payne, Watson, Miller, Malechek & Scherr, P.C.
P.O. Box 6900
Bryan, Texas 77805-6900

Sanford E. Warren, Jr.
R. Scott Rhoades
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201

W. Mike Baggett
Tanya D. Henderson
Jennifer L. Murphy
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

_Stacy L. Alston_