United States Courts
Southern District of Texas
ENTERED
MAR 30 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Action Number | 4:06-cv-00347 |
|---|---|---|---|

TEXAS A&M UNIVERSITY

*versus*

SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC.

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | SHERRI L. EASTLEY |
|---|---|
| Firm | WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI, LLP |
| Street | BANK ONE TOWER, 221 WEST 6TH STREET, SUITE 950 |
| City & Zip | AUSTIN 78701 |
| State & Bar Number | TEXAS BAR NO. 24036945 |
| U.S. District Court | SOUTHERN DISTRICT OF TEXAS |

Seeks to appear as the attorney for this party:

TEXAS A&M UNIVERSITY

Dated: MARCH 29, 2006           Signed: /s/ Sherri L. Eastley

Order: This attorney is admitted *pro hac vice*.

Signed: March 30, 2006

United States District Judge