IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAR 3 1 2006
Michael N. Milby, Clerk of Court

| | |
|---|---|
| TEXAS A&M UNIVERSITY, | § |
| Plaintiff, | § |
| vs. | § CIVIL ACTION NO. H-06-0347 |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC, | § |
| Defendants. | § |

**STIPULATION REGARDING EXTENDING TIME TO RESPOND TO MOTION TO TRANSFER VENUE AND DEFENDANTS' ANSWER**

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that Plaintiff shall have to and including April 11, 2006 to respond to Defendants' Motion to Transfer Venue. Plaintiff's response is currently due on April 4, 2006. Plaintiff and Defendants further stipulate and agree that Defendant shall have to and including April 17, 2006 to file its reply. Plaintiff and Defendants stipulate and agree that this matter shall be considered as submitted as of April 18, 2006. Plaintiff and Defendants further stipulate that the time for Defendants' answer or other response to Plaintiff's Original Petition shall be extended to April 7, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 30th day of March, 2006:

509988 000002 HOUSTON 449956.1

By: *J. David Cabello by William D. (Ray)*
J. DAVID CABELLO
*Attorney in Charge*
TX No. 03574500
S.D. Texas Federal No. 3514
**Wong, Cabello, Lutsch,
  Rutherford & Brucculeri, LLP**
20333 SH 249, Suite 600
Houston, Texas 77070
Telephone:   832-446-2400
Facsimile:   832-446-2424
Email:       dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: _____
J. MICHAEL BELL
S.D. Texas Federal No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone:   713-654-8111
Facsimile:   713-654-1871
Email:       michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS

509988 000002 HOUSTON 449956.1