United States Courts
Southern District of Texas
FILED

APR 0 6 2006

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TEXAS A&M UNIVERSITY,

    Plaintiff,

vs.

SEATTLE SEAHAWKS, INC.,
SEATTLE PROFESSIONAL
FOOTBALL, INC. and FOOTBALL
NORTHWEST, LLC,

    Defendants.

§§§§§§§§§§§§§

CIVIL ACTION NO. H-06-0347

## STIPULATION REGARDING EXTENDING TIME FOR DEFENDANTS' ANSWER

Plaintiff and Defendants stipulate that the time for Defendants' answer or other response to Plaintiff's Original Petition shall be extended to April 14, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 6th day of April, 2006:

509988 000002 HOUSTON 450973.1

WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI, LLP

By: _____
J. DAVID CABELLO
State Bar No. 03574500
S.D. Texas Federal No. 3514
20333 SH 249, Suite 600
Houston, Texas 77070
Telephone: 832-446-2400
Facsimile: 832-446-2424
Email: dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: _____
J. MICHAEL BELL
S.D. Texas Federal No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone: 713-654-8111
Facsimile: 713-654-1871
Email: michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS

WONG, CABELLO, LUTSCH, RUTHERFORD
& BRUCCULERI, LLP


By:_____
    J. DAVID CABELLO
    State Bar No. 03574500
    S.D. Texas Federal No. 3514
    20333 SH 249, Suite 600
    Houston, Texas 77070
    Telephone:  832-446-2400
    Facsimile:  832-446-2424
    Email:  dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By:_____
    J. MICHAEL BELL
    S.D. Texas Federal No. 5574
    State Bar No. 02079200
    333 Clay Street, Suite 3300
    Houston, Texas 77002-4499
    Telephone:  713-654-8111
    Facsimile:  713-654-1871
    Email:  michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS