IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-06-0347 |
| SEATTLE SEAHAWKS, INC.<br>SEATTLE PROFESSIONAL<br>FOOTBALL, INC. and FOOTBALL<br>NORTHWEST, LLC, | § § § § § | |
| Defendants. | § § | |

### STIPULATION REGARDING EXTENDING TIME TO
### RESPOND TO MOTION TO TRANSFER VENUE

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that Plaintiff shall have to and including April 14, 2006 to respond to Defendants' Motion to Transfer Venue. Plaintiff's response is currently due on April 11, 2006. Plaintiff and Defendants further stipulate and agree that Defendant shall have to and including April 20, 2006 to file its reply. Plaintiff and Defendants stipulate and agree that this matter shall be considered as submitted as of April 21, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this _____ day of April, 2006.

By: _____
J. DAVID CABELLO
*Attorney in Charge*
TX No. 03574500
S.D. Texas Federal N. 3514
**Wong, Cabello, Lutsch,**
    **Rutherford & Brucculeri, LLP**
20333 SH 249, Suite 600
Houston, Texas 77070
Telephone:    832-446-2410
Facsimile:    832-446-2424
Email:        dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: _____
J. MICHAEL BELL
S.D. Texas Federal No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone:    713-654-8111
Facsimile:    713-654-1871
Email:        Michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS