IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0347 |
| | § | |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC. and FOOTBALL | § | |
| NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION REGARDING EXTENDING TIME TO RESPOND TO MOTION
TO TRANSFER VENUE AND DEFENDANTS' ANSWER**

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that Plaintiff shall have to and including April 21, 2006 to respond to Defendants' Motion to Transfer Venue. Plaintiff's response is currently due on April 14, 2006. Plaintiff and Defendants further stipulate and agree that Defendant shall have to and including April 27, 2006 to file its reply. Plaintiff and Defendants stipulate and agree that this matter shall be considered as submitted as of April 28, 2006. Plaintiff and Defendants further stipulate that the time for Defendants' answer or other response to Plaintiff's Original Petition shall be extended to April 21, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 13th day of April, 2006:

509988 000002 HOUSTON 452558.1

WONG, CABELLO, LUTSCH, RUTHERFORD
& BRUCCULERI, LLP

By: _____
    J. DAVID CABELLO
    State Bar No. 03574500
    S.D. Texas Federal No. 3514
    20333 SH 249, Suite 600
    Houston, Texas 77070
    Telephone:  832-446-2400
    Facsimile:   832-446-2424
    Email:       dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: _____
    J. MICHAEL BELL
    S.D. Texas Federal No. 5574
    State Bar No. 02079200
    333 Clay Street, Suite 3300
    Houston, Texas 77002-4499
    Telephone:  713-654-8111
    Facsimile:   713-654-1871
    Email:       michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS

509988 000002 HOUSTON 452558.1