# Exhibit A

Dockets.Justia.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:06-CV-00347 |
| | § | |
| v. | § | |
| | § | The Honorable Judge Ewing Werlein, Jr. |
| SEATTLE SEAHAWKS, INC., | § | |
| SEATTLE PROFESSIONAL | § | |
| FOOTBALL, INC., and | § | |
| FOOTBALL NORTHWEST, LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DECLARATION OF MICHAEL B. HUDDLESTON

I, Michael Huddleston, hereby state as follows:

1.    I am currently employed by Texas A&M University ("Plaintiff" or "Texas A&M") and act as the Assistant Vice President for Business Development. I am over 18 years of age and authorized to make this Declaration on behalf of Texas A&M.

2.    The following individuals, who have been identified as potential key witnesses who are likely to testify for Texas A&M, all reside in the Southern District of Texas. These individuals include both party and non-party witnesses. The currently planned subjects of their testimonies are listed below:

| Witness Name, Title and Address | Expected Testimony Subject |
|---|---|
| David Chapman<br>University Archivist<br>Texas A&M University<br>MS 5000 | History of Use of the mark 12TH MAN by Texas A&M University |

| Witness Name, Title and Address | Expected Testimony Subject |
|---|---|
| College Station, Texas 77843<br>(979) 845-1951 | |
| Michael Huddleston<br>Assistant Vice President<br>Texas A&M University<br>MS 1137<br>College Station, Texas 77843<br>(979) 845-1112 | Trademark licensing involving 12TH MAN Marks and damages; Enforcement efforts relating to the mark 12TH MAN; Use by Defendants, Seattle Seahawks, of the mark 12TH MAN |
| Arno Krebs, Jr.<br>Past-Board Member for the Aggie Club<br>3235 Walnut Creek Court<br>Bryan, Texas 77807<br>(713) 851-1319 (Cell) | Recognition and use of the mark 12TH MAN |
| Miles Mark<br>Executive Director<br>12TH MAN Association<br>Bernard C. Richardson Zone at Kyle Field, Suite 12<br>College Station, Texas 77843<br>(979) 260-7585 | Extent and use of the mark 12TH MAN by Texas A&M University |
| Drew Martin<br>Director of Internet and Special Projects<br>Brand Manager<br>Texas A&M University<br>P.O. Box 30017<br>College Station, Texas 77842-3017<br>(979) 458-4239 | Email inquiries and complaints from the public relating to the use by Seattle of the mark 12TH MAN |

3.    Substantially all of the documents, books, records and property for Texas A&M are

located in the College Station area in the Southern District of Texas.

4.    Texas A&M's officers and employees are located in and around College Station,

Texas, in the Southern District of Texas, and all of Texas A&M's presently identified key

witnesses are located in the Southern District of Texas.

5.    The Texas Attorney General's office overseas any litigation involving Texas A&M.

6.     College Station, Texas, is also home to the 12TH MAN Foundation which, on information and belief, is one of the most well-respected fundraising organizations in college athletics. The 12TH MAN Foundation is an integral part of Texas A&M's strong relationship with its alumni and fan base and is extremely successful at generating private donations for funding scholarships, programs, and facilities for Texas A&M.

7.     The 12TH MAN Team Rewards program, in keeping with the tradition, honor and pride associated with the 12TH MAN mark, plays an important role in maintaining a high level of fan attendance at all of Texas A&M's sporting events. The program also generates both support and funding for Texas A&M's athletics through integral ties to outside sponsors including, without limitation, Best Buy, Suzuki, Bennigan's, Fitzwilly's Bar and Grille, Jason's Deli, and Papa John's Pizza, to name a few.

8.     The State of Texas, and more especially, the Southern District of Texas, are focal points of Texas A&M's marketing, selling, distributing, and promotion of goods and services under the 12TH MAN Marks.

9.     Defendants have caused the slogan "HOME OF THE 12TH MAN" to be placed in a prominent position on their stadium.  As a result, the slogan can be seen by television cameras broadcasting a game over the air waves or on the Internet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _Michael B. Huddleston_

Name: _____Michael B. Huddleston_____

Title: _____Assistant Vice President_____

_____For Business Development_____

Date: _____April 21, 2006_____