IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 2 1 2006

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TEXAS A&M UNIVERSITY, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. H-06-0347 |
| SEATTLE SEAHAWKS, INC., SEATTLE PROFESSIONAL FOOTBALL, INC. and FOOTBALL NORTHWEST, LLC, | § § § § § § | |
| Defendants. | § § | |

## STIPULATION REGARDING EXTENDING TIME TO FILE DEFENDANTS' ANSWER

Plaintiff Texas A&M University ("Plaintiff") and Defendants Seattle Seahawks, Inc., Seattle Professional Football, Inc. and Football Northwest, LLC (collectively "Defendants") hereby stipulate and agree that the time for Defendants' answer or other response to Plaintiff's Original Petition shall be extended to April 28, 2006.

Plaintiff and Defendants enter into this stipulation without prejudice to, and expressly reserving, any of their respective claims, rights or defenses relating to any matters which are involved in this civil action.

AGREED on this 21st day of April, 2006:

509988 000002 HOUSTON 453954.1

WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI, LLP

By: /s/ J. David Cabello
J. DAVID CABELLO *
State Bar No. 03574500
S.D. Texas Federal No. 3514
20333 SH 249, Suite 600
Houston, Texas 77070
Telephone:   832-446-2400
Facsimile:   832-446-2424
Email:       dcabello@counselip.com

ATTORNEYS FOR PLAINTIFF

-AND-

THOMPSON & KNIGHT LLP

By: /s/ J. Michael Bell
J. MICHAEL BELL
S.D. Texas Federal No. 5574
State Bar No. 02079200
333 Clay Street, Suite 3300
Houston, Texas 77002-4499
Telephone:   713-654-8111
Facsimile:   713-654-1871
Email:       michael.bell@tklaw.com

ATTORNEYS FOR DEFENDANTS

*By Permission